# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Ken's Custom Upholstery, Inc. | ) | Bankruptcy No. 16 B 35268 |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Deborah L. Thorne |
| | ) | |

To:   See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **September 26, 2017** at the hour of 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Deborah L. Thorne in Courtroom 613 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in her place and stead, and shall then and there present the attached **Motion for Entry of Final Decree** a copy of which is hereby served upon you.  You may appear if you so choose.

> David P. Lloyd, Ltd.
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated by insertion of an e-mail address, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 20th day of September, 2017.

> _____/s/ David P. Lloyd_____
> David P. Lloyd

**Ken's Custom Upholstery, Inc.**
**Case 16-35268**

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd    courtdocs@davidlloydlaw.com

Ken's Custom
Case No. 16-35268
Mailing Service List

Ken's Custom Upholstery Inc.
22771 Citation Road
Frankfort, IL 60423-2624

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn, 7th Floor
Chicago, IL  60604-1702

Ally
PO Box 380302
Bloomington, MN 55438-0902

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Branton Law Firm
1602 Lakeview Parkway
Suite 100
Villa Rica, GA 30180-7830

Cach, LLC
c/o Mandarich Law Group, LLP
1 N. Dearborn, Suite 650
Chicago, IL 60602-4347

Capital One Bank
PO Box 60500
City of Industry, CA 91716-0500

Capital One Bank
PO Box 6492
Carol Stream, IL 60197-6492

Celtic Bank
268 South State Street
Suite 300
Salt Lake City, UT 84111-5314

Charlotte Fabrics
3101 Louisiana Ave.
New Hope, MN 55427-2918

Chase
Ink Card
PO Box 15123
Wilmington, DE 19850-5123

Chase Card Services
Attn: Bankruptcy Dept.
PO Box 15298
Wilmington, DE 19850-5298

Citizens Bank
Charles M Koutsogiane AVP
One Citizens Dr Managed Assets
Riverside, RI 02915-3019

Citizens Bank
PO Box 42014
Providence, RI 02940-2014

Citizens Bank
PO Box 9665
Providence, RI 02940-9665

Citizens Bank, NA
Managed Assets Division
1 Citizens Dr. ROP30B
Riverside, RI 02915-3019

Continental Capital
3 Western MD Pkwy
Hagerstown, MD 21740

Corporate Turnaround
95 Route 17 South
Paramus, NJ 07652-2626

Department of Treasury-Internal Revenue Serv
PO Box 7346
Philadelphia, PA 19101 7346

Dere Tires & Auto
Accounts Receivable
PO Box 848
Aurora, IL 60507-0848

Eileen Carrero
4917 W. 144th Place
Midlothian, IL 60445-2453

Freshview Solutions
10865 Grandview Drive
Suite 2000
Overland Park, KS 66210-1519

Georgia Peaches
9436 W. Steger Road
Frankfort, IL 60423-8035

Hitachi
21925 Network Place
Chicago, IL 60673-1219

Home Depot Credit Services
Dept 32-2004471946
PO Box 9001030
Louisville, KY 40290-1030

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J. A. Musial
4749 Lincoln Mall Drive
4th Floor
Matteson, IL 60443-2348

Kabbage
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309-3918

Kenneth Kovie
19533 Forestdale Court
Mokena, IL 60448-8261

| | | |
|---|---|---|
| Lowes<br>PO Box 530954<br>Atlanta, GA 30353-0954 | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | Marlin Leasing<br>c/o Rober Fischer<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1727 |
| Menards (Capital One Commercial)<br>PO Box 5219<br>Carol Stream, IL 60197-5219 | Michael Ryan<br>22771 Citation Rd.<br>Frankfort, IL 60423-2624 | On Deck<br>4600 Fairfax Drive<br>Ste. 800<br>Arlington, VA 22203-1555 |
| Paritz & Company<br>15 Warren St.<br>Hackensack, NJ 07601-5436 | RBS Citizens<br>1215 Superior Ave.<br>Cleveland, OH 44114-3299 | Sams Club<br>Synchrony Bank<br>PO Box 530987<br>Atlanta, GA 30353-0987 |
| Shell<br>PO box 9001015<br>Louisville, KY 40290-1015 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | United Fabrics Inc<br>9115 Pennsauken Highway<br>PO Box 559<br>Pennsauken, NJ 08110-0559 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Ken's Custom Upholstery Inc. | ) | Bankruptcy No. 16 B 35268 |
|  | ) | Chapter 11 |
|  | ) | |
| Debtor | ) | Judge Deborah L. Thorne |
|  | ) | |
|  | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, Ken's Custom Upholstery Inc., by and through its attorney, David P. Lloyd, and moves this honorable Court for entry of a final decree in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on November 4, 2016. The Debtor's Plan was confirmed on June 29, 2017.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. All priority claims have been resolved.

4. The Debtor has made the first plan payment toward holders of general unsecured claims.

5. Evidence of the payments of the above is set forth on the attached exhibit.

6. Said payments constitute substantial consummation of the confirmed plan and this case should now be closed.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case.

                                          Respectfully submitted,
                                          Ken's Custom Upholstery


                                        By:_____/s/ David P. Lloyd_____
                                        Attorney for Ken's Custom Upholstery

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265