UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-35268 |
| Ken's Custom Upholstery, Inc. | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE**

THIS CAUSE coming on to be heard on the Debtor's motion for entry of final decree, due notice having been given, the Court finding that the Debtor has substantially consummated the confirmed plan, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the Motion for Final Decree is granted.  The Clerk of Court is directed to close this case.

Enter:   _Deborah L. Thorne_

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  October 26, 2017

**Prepared by:**

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265